

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Marina Moraru
*Special Assistant Corporation Counsel*
Office: (212) 356-2456

April 6, 2023

**REQUEST GRANTED.**
The Court grants the request for a 90-day stay of this action until July 5, 2023. Parties are to submit a joint status letter on or before July 5, 2023 with an update regarding status of settlement. The Initial Pretrial Conference previously set for May 25, 2023 is rescheduled to August 16, 2023 at 2:00PM.

4/6/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

<u>**VIA ECF**</u>
Hon. Lewis J. Liman
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

Re:   *K.B. v. N.Y.C. Dep't of Educ.*, 22-cv-8570 (LJL)(SN)

Dear Judge Liman:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

Defendant respectfully requests a 90-day stay of this action, including the Initial Pretrial Conference currently scheduled for May 25, 2023 and attendant submission of a proposed Case Management Plan, until July 5, 2023. Plaintiff provided the needed billing records on April 4, 2023, and consents to this request. (Defendant's deadline to respond to the Complaint is currently May 1, 2023). On January 20, 2023, the Court granted Defendant's first request for an extension. (ECF No. 10). The requested stay will give Defendant's counsel time to complete the City's internal review process by reviewing the billing records together with the underlying administrative record, begin settlement negotiations and hopefully resolve this matter without the need for a conference or motion practice. This office has settled all but three of the many dozens of similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm in recent years without the need to burden the court with any motion practice, conferences or even the need to file an Answer.

If a stay is granted, Defendant proposes the submission of a joint status letter on or before July 5, 2023 updating the Court on the status of settlement negotiations.

Thank you for considering these requests.

Respectfully submitted,

/s/
Marina Moraru
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)